**Order entered April 22, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01369-CV

## IN THE INTEREST OF M.K.M., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-12692**

## ORDER

Before the Court is appellant's April 18, 2019 motion requesting the reporter's record be supplemented and a copy of the clerk's record be provided to him. We **GRANT** the motion and **ORDER** court reporter Elizabeth Neve Griffin to file, no later than May 6, 2019, a supplemental record containing a transcript of the hearings held on May 29, 2018 on petitioner's motion for continuance, September 20, 2018 on petitioner's motion to strike, and October 9, 2018 on Tracy Dyer, M.D.'s motion to quash. If any of these proceedings was not recorded, Ms. Griffin shall state so in writing. Because appellant filed a declaration of inability to pay court costs, any record shall be filed without payment of costs.

We **DIRECT** the Clerk of the Court to mail appellant a copy of the clerk's record. We further **DIRECT** the Clerk of the Court to mail appellant a copy of the supplemental reporter's record, or written verification the proceedings were not recorded, once filed.

A copy of this order shall be sent to Ms. Griffin and the parties.

/s/ KEN MOLBERG
   JUSTICE